# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Fraternal Order of Police, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 98-3116 (WBB) |
| **The Board of Governors of the** ) | |
| **Federal Reserve System, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendants' Motion for Summary Judgment, Plaintiffs' Cross-Motion for Summary Judgment, the oppositions thereto, and the entire record herein, it is hereby

ORDERED that Defendants' Motion for Summary Judgment is GRANTED, and it is

FURTHER ORDERED that Plaintiffs' Motion for Summary Judgment is DENIED.

/s/
_____
William B. Bryant
Senior United States District Judge

Date: July 27, 2005